UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

AKRAM ISMAIL, M.D.,

    Plaintiff,

v.                                          Case No. 5:12-cv-115-Oc-34TBS

MICHAEL O. LEAVITT, Secretary of the United
States Department of Health and Human
Services,

    Defendant.
_____

## ORDER

Pending before the Court is Plaintiff's Motion for Extension of Time to Serve Complaint and Summons. (Doc. 4.)

On February 27, 2012, Plaintiff filed his Complaint (Doc. 1) and summonses were issued addressed to the Defendant and the United States Attorney. (Doc. 2.) Pursuant to Rule 4(m), Fed.R.Civ.P., service of the summons and complaint must be made within 120 days after filing the complaint. However, the Court has discretion to extend the time for service.[1]

Plaintiff represents that due to circumstances beyond his control, he has "become indisposed", and has had limited opportunity to consult with counsel. Accordingly, Plaintiff requests a ninety (90) day extension of time to perfect service on Defendant.

---

[1] See Rule 4(m), Fed.R.Civ.P.; Horenkamp v. Van Winkle and Co., Inc., 402 F.3d 1129, 1132-33 (11th Cir. 2005)(holding that court may extend the time for service of process under Rule 4(m) even in the absence of a showing of good cause).

Upon due consideration, Plaintiff's Motion for Extension of Time to Serve Complaint and Summons (Doc. 4) is GRANTED. Plaintiff shall serve Defendant on or before September 25, 2012.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on June 12, 2010.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel