**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**AKRAM ISMAIL, M.D.,**

    Plaintiff,

v.                                                                  Case No:5:12-CV-115-Oc-34PRL

**MICHAEL O. LEAVITT**

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Third Motion for Extension of Time to Serve Complaint and Summons (Doc. 9) filed December 26, 2012.

Plaintiff initiated this action by filing a Complaint on February 27, 2012. (Doc. 1). Pursuant to Rule 4(m), Fed.R.Civ.P., service of the summons and complaint must be made within 120 days after filing the complaint. However, the Court has discretion to extend the time for service. *See* Rule 4(m), Fed.R.Civ.P.; *Horenkamp v. Van Winkle and Co., Inc.*, 402 F.3d 1129, 1132-33 (11th Cir. 2005)(holding that court may extend the time for service of process under Rule 4(m) even in the absence of a showing of good cause). The Court previously extended the service deadline until September 25, 2012 (Doc. 5) and then again until December 26, 2012. (Doc. 8). Now, Plaintiff requests an additional extension of time due to ongoing administrative and professional licensure matters which bear directly on Plaintiff's need to further pursue this litigation. Based on the representations made in the Motion, the Court is satisfied that Plaintiff has shown the requisite good cause for a third extension of time for service, and thus, Plaintiff's Motion (Doc. 9) is due to be **GRANTED**.

However, because it is unclear exactly how much additional time Plaintiff will need to

- 2 -

resolve these matters,[1] the Court declines to set another service deadline.  Instead, the action is **STAYED** pending notification from Plaintiff that the case is due to be reopened or dismissed, during which period, Plaintiff shall file a status report every **90 days**.  The Clerk of the Court is **DIRECTED** to terminate any pending motions or deadlines and administratively close the file.

  **DONE** and **ORDERED** in Ocala, Florida on January 3, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Plaintiff requests an extension until April 15, 2013 for service but acknowledges that he may need a further extension until after the June 6-7 meeting of the Florida Board of Medicine.